# UNITED STATES DISTRICT COURT

for the

District of Maryland

MAY 2 0 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

(1) a red T-Mobile flip phone serial number 106CQDG940402 and (2) an iPhone with model number A1387 and serial number 8510682QA4S

Case No. 14-1057-SAG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated by reference

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 7 U.S.C. § 2024 | Food Stamp Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |

The application is based on these facts:
See attached affidavit of Special Agent Heather Grow, which is attached hereto and incorporated herein by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Heather Grow, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 6, 2014

City and state: Baltimore, Maryland

*Judge's signature*

Stephanie A. Gallagher, United States Magistrate Judge
*Printed name and title*